1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLIFFORD A. VENSON,                          No.  1:19-cv-01400-DAD-SKO (PC)

12                     Plaintiff,

13          v.                                     ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS
14   J. KNIGHT,
                                                   (Doc. No. 14)
15                     Defendant.

16

17          Plaintiff Clifford A. Venson is a state prisoner proceeding pro se and *in forma pauperis* in

18   this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 21, 2020, the assigned magistrate judge ordered plaintiff to show cause why this

21   action should not be dismissed as duplicative of claims in *Venson v. Jackson, et al.*, No. 3:18-cv-

22   2278-BAS-BLM, a case plaintiff is litigating in the U.S. District Court for the Southern District

23   of California.  (Doc. No. 11.)  On May 5, 2020, plaintiff filed a response to the order to show

24   cause, in which he did not deny that this case is duplicative but rather stated that he "filed

25   duplicate claims in two different jurisdictions to preserve the constitutional violation committed

26   by J. Knight."  (Doc. No. 12 at 4.)

27          Accordingly, on May 7, 2020, the magistrate judge issued findings and recommendations,

28   recommending that this action be dismissed without prejudice as duplicative.  (Doc. No. 14.)  The

1    findings and recommendations were served on all parties and contained notice that any objections

2    thereto were to be filed within fourteen (14) days from the date.  (*Id.* at 3–4.)  Plaintiff filed

3    timely objections on May 20, 2020.  (Doc. No. 15.)

4        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

5    court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

6    including plaintiff's objections, the court finds the findings and recommendations to be supported

7    by the record and proper analysis.

8        In his objections, plaintiff repeats his claims against defendant Knight.  (Doc. No. 15 at 2,

9    3, 5–6.)  Plaintiff does not deny that his claims are duplicative of those presented in the action he

10   has filed in the Southern District of California, but requests that the court exercise its discretion to

11   not dismiss this action.  (*See id.* at 4.)  The magistrate judge correctly noted in the pending

12   findings and recommendations that "[d]ismissal of the duplicative lawsuit, more so than the

13   issuance of a stay or the enjoinment of proceedings, promotes judicial economy and the

14   'comprehensive disposition of litigation.'"  (Doc. No. 11 at 3) (citing *Adams v. California Dep't*

15   *of Health Servs.*, 487 F.3d 684, 692 (9th Cir. 2007) *overruled on other grounds by Taylor v.*

16   *Sturgell*, 553 U.S. 880, 904 (2008)).  The Eastern District of California has one of the heaviest

17   caseloads in the nation, (*see* Doc. No. 13), and thus the undersigned has no hesitance agreeing

18   with the magistrate judge's recommendation that plaintiff's duplicative action filed in this court

19   be dismissed.

20       Accordingly,

21       1.    The findings and recommendations issued on May 7, 2020 (Doc. No. 14) are

22             adopted in full;

23       2.    This action is dismissed without prejudice as duplicative; and

24       3.    The Clerk of the Court is directed to close this case.

25   IT IS SO ORDERED.

26   Dated:  __**August 10, 2020**__                    _____

27                                                       UNITED STATES DISTRICT JUDGE

28

                                    2